IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

**UNITED STATES OF AMERICA,**

    **Plaintiff,**

v.

**ROOSEVELT JOHNSON, III,**

    **Defendant.**                          Case No. 06-cr-30166-1-DRH

**ORDER**

**HERNDON, District Judge:**

      Before the Court is defendant Johnson's Motion to Continue Sentencing (Doc. 475), currently set for October 1, 2008. The Motion states that Defendant suffers from a serious medical condition and has recently been transferred to Barnes Hospital in St. Louis, Missouri. For this reason, Defendant will be unable to be interviewed by a United States probation officer in order to prepare his presentence investigation report, until either the end of July or the beginning of August, 2008. Therefore, in order for the probation officer to have sufficient time to investigate and prepare the report and for all parties to review the report and respond, if necessary, additional time is requested.

The Court hereby **GRANTS** the Motion (Doc. 475). Defendant Roosevelt Johnson, III's sentencing hearing is continued to **Friday, November 14, 2008 at 9:30 a.m.**

**IT IS SO ORDERED**

Signed this 28th day of July, 2008.

/s/ David R Herndon

**Chief Judge
United States District Court**