IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

**UNITED STATES OF AMERICA,**

    **Plaintiff,**

v.

**ROOSEVELT JOHNSON, III,**

    **Defendant.**　　　　　　　　　　　　　　Case No. 06-cr-30166-12-DRH

## ORDER

**HERNDON, District Judge:**

    Before the Court is defendant Johnson's Motion to Continue Sentencing (Doc. 565), currently set for November 14, 2008. The Motion states that Defendant and his counsel have recently been advised by the Government and the Probation Office that their calculation of Defendant's criminal history differs from that predicted by the Government and Defendant's counsel. Therefore, Defendant's counsel anticipates filing objections to the Presentence Investigation Report ("PSR"). Further, Defendant's counsel will need additional time to again review Defendant's criminal history as well as to meet with Defendant to fully review and discuss the PSR. Lastly, the Motion states that the Government has no objection to such continuance. Defendant seeks a continuance of at least thirty days.

    For good cause shown, the Court hereby **GRANTS** the Motion (Doc.

565). Accordingly, defendant Roosevelt Johnson, III's sentencing hearing is hereby continued to **Friday, December 19, 2008 at 2:30p.m**.

**IT IS SO ORDERED**

Signed this 5th day of November, 2008.

/s/    *DavidRHerndon*
**Chief Judge**
**United States District Court**